IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )    No. 10-35482
                                          )
VLADISLAV PLAVSIC and                     )    Chapter 7
DEIDRE PLAVSIC,                           )
                                          )    Honorable Timothy A. Barnes
                         Debtors.         )
                                          )    **Hearing Date:   December 2, 2014**
                                          )    **Hearing Time:   10:30 a.m.**
                                          )    **Room No.:       613**

COVER SHEET FOR FIRST AND FINAL APPLICATION OF
FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Name of Applicant:                FrankGecker, LLP

Authorized to Provide             Frances F. Gecker, Chapter 7 Trustee of the Estate of
Professional Services to:         VLADISLAV PLAVSIC and DEIDRE PLAVSIC

Period for Which                  October 7, 2010 through October 15, 2014
Compensation is Sought:

Amount of Fees Sought:            $      2,222.50

Amount of Expense                 $       0.00
Reimbursement Sought:

This is a:                        First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered
and expenses incurred herein is: $0.00.

{PLAVSIC/001/00040200.DOCX/}

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-35482 |
| | ) | |
| VLADISLAV PLAVSIC and | ) | Chapter 7 |
| DEIDRE PLAVSIC, | ) | |
| | ) | Honorable Timothy A. Barnes |
| Debtors. | ) | |
| | ) | **Hearing Date:   December 2, 2014** |
| | ) | **Hearing Time:   10:30 a.m.** |
| | ) | **Room No.:       613** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **December 2, 2014**, at **10:30 a.m.**, we shall appear before the Honorable Timothy A. Barnes, or such other judge as may be sitting in his stead, in Courtroom 613 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of VLADISLAV PLAVSIC and DEIDRE PLAVSIC, for Compensation and Reimbursement of Expenses.**

Dated: October 15, 2014

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
VLADISLAV PLAVSIC and DEIDRE
PLAVSIC

By: ___/s/_____Zane L. Zielinski_____
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{PLAVSIC/001/00040200.DOCX/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-35482 |
| | ) | |
| VLADISLAV PLAVSIC and | ) | Chapter 7 |
| DEIDRE PLAVSIC, | ) | |
| | ) | Honorable Timothy A. Barnes |
| Debtors. | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE
BANKRUPTCY ESTATE OF VLADISLAV PLAVSIC AND DEIDRE PLAVSIC
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of

the estate of VLADISLAV PLAVSIC AND DEIDRE PLAVSIC (the "Debtors"), hereby submit

this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and

507(a)(1) for legal services performed and expenses incurred during the period of October 7,

2010 through and including October 15, 2014 (the "Application Period"), as counsel to the

Trustee. In support of the Application, Frank/Gecker LLP respectfully represents as follows:

## INTRODUCTION

1.      On August 9, 2010 (the "Petition Date"), the Debtors filed a voluntary petition for

relief under Chapter 7 of the Title 11 of the U.S. Code (the "Bankruptcy Code") in the United

States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2.      Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee

of the case.

3.      Ms. Gecker chose FrankGecker LLP ("FG") as Trustee's counsel. On January 20,

2012, this Court entered an order authorizing Ms. Gecker to retain FG and Mr. Zielinski as her

counsel retroactive to October 7, 2010.

4.    An unscheduled asset of the Estate consisted of the Debtors' interest in his mother's probate estate.

5.    Since her appointment, with the assistance of FG, the Trustee collected the proceeds from the Debtors' mother's probate estate which netted the estate approximately $5,900.00.

6.    This Application seeks allowance of all fees and expenses incurred by FG from October 7, 2010 through October 15, 2014. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

7.    Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

## I.    SERVICES PERFORMED

**A.    Probate Estate**                                                      **$2,110.00**

FrankGecker spent 5.90 hours at a cost of $2,110.00 on issues relating to investigating Debtors unscheduled interest in his mother's probate estate, correspondence with Debtors' mother's probate attorney which the Trustee originally believed to be $14,000.00. After further investigation and correspondence with the Debtors' mother's probate attorney, the Trustee collected roughly $6,000.00.

**B.    Retention of Professionals/Fee Applications**                    **$112.50**

FrankGecker spent .50 hours at a cost of $112.50 on issues relating to drafting, filing and

appearing in court to employ Trustee's professionals; FG has voluntarily written off the majority

of this category so as to allow for a better distribution to creditors.


## II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP.  Mr. Zielinski is a 2002

graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the

Chicago-Kent Law Review and was elected to the Order of the Coif.  Mr. Zielinski specializes in

bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

William G. Cross (WC) is an associate at FrankGecker LLP.  Mr. Cross is a 2009

graduate of Loyola University Chicago School of Law.  Mr. Cross specializes in bankruptcy law

and has represented trustees and creditors in bankruptcy cases.


## III.    CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of

fees and expenses of FG.  This fee application applies to fees and expenses incurred by FG from

October 7, 2010 through October 15, 2014.  All professional services for which compensation is

requested herein, and all reimbursement for expenses incurred, have been for services directly

related to the case and were rendered for the benefit of the Trustee and the Debtors' estate.  No

agreement or understanding exists between FG and any other person for the sharing of

compensation received or to be received in connection with this case, other than as disclosed or

authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of 6.40 hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of $2,222.50 for actual, necessary legal services performed (Exhibit A). The average hourly rate is $347.27. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used two categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the

amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains

a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.       Allowing FrankGecker LLP compensation for actual, necessary legal services in

the amount of $2,222.50.

B.       Authorizing the Trustee to pay FrankGecker LLP compensation and expense

reimbursement in the total amount of $2,222.50.

Dated:   October 15, 2014                        Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
VLADISLAV PLAVSIC and DEIDRE
PLAVSIC

By:___ /s/ ___ _Zane L. Zielinski_ _____
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.:  (312) 276-1400
Fax:  (312) 276-0035