# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VLADISLAV PLAVSIC | § | Case No. 10-35482 |
| DEIDRE PLAVSIC | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/02/2014 in Courtroom 613 (Judge Barnes),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
VLADISLAV PLAVSIC                   §    Case No. 10-35482
DEIDRE PLAVSIC                      §
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,963.33 |
| and approved disbursements of | $ | 63.89 |
| leaving a balance on hand of[1] | $ | 5,899.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: FRANCES GECKER | $ 1,346.33 | $ 0.00 | $ 1,346.33 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 2,222.50 | $ 0.00 | $ 2,222.50 |
| Other: INTERNATIONAL SURETIES LTD. | $ 8.51 | $ 8.51 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,568.83 |
| Remaining Balance | $ 2,330.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,056.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NELNET | $ 24,110.74 | $ 0.00 | $ 2,242.68 |
| 2 | FIFTH THIRD BANK | $ 945.34 | $ 0.00 | $ 87.93 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,330.61 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-35482-TAB
Vladislav Plavsic                                               Chapter 7
Deidre Plavsic
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: dwilliams            Page 1 of 2           Date Rcvd: Oct 31, 2014
                             Form ID: pdf006            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
```
db/jdb         +Vladislav Plavsic,    Deidre Plavsic,    116 Cheviot Drive,    Bartlett, IL 60103-9547
aty            +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
aty             Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                 Chicago, IL  60610
15969637       +Alexian Brothers Medical Cente,    3040 Salt Creek Lane,    Arlington Heights, IL 60005-1069
15969638       +Alexian Brothers Medical Group,    PO Box 843147,    Boston, MA 02284-3147
15969639       +Arlington Ridge Pathology, S.C,    520 E. 22nd Street,    Lombard, IL 60148-6110
15969640       +BAC Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
15969643       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15969644       +Collection Services Center,    1312A Pleasant Valle,    PO Box 68,    Altoona, PA 16603-0068
15969645       +Dolores Snelson,    1785 Devonshire Court,    Elgin, IL 60123-1265
15969646      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
18450976       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
15969647       +Integrity Physical Therapy,    PO Box 822411,    Philadelphia, PA 19182-2411
15969648       +Medical Center Anesthesia,    2413 W. Algonquin Rd.,    Ste. 608,    Algonquin, IL 60102-9402
15969649       +Milica Plavsic,    915 N. York Road,    Elmhurst, IL 60126-1232
15969652       +NWHC Hoffman Estates Office,    2360 Hassell Road,    Ste. F,    Hoffman Estates, IL 60169-2171
15969651       +Northwest Oncology & Hematolog,    3701 Algonquin Road,    Ste. 900,
                 Rolling Meadows, IL 60008-3193
15969653       +Rebecca Peterson,    10N618 Manchester Lane,    Elgin, IL 60124-6706
15969654       +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2125
15969656       +St. Alexius Medical Center,    3040 Salt Creek Lane,    Arlington Heights, IL 60005-1069
15969655       +St. Alexius Medical Center,    Neopath, S.C.,    3040 Salt Creek Lane,
                 Arlington Heights, IL 60005-1069
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15969641       +E-mail/Text: contact@csicollects.com Nov 01 2014 01:35:26      Certified Services Inc,
                 1733 Washington Street,    Ste. 2,    Waukegan, IL 60085-5192
18423958        E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2014 01:33:44      Nelnet,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
15969650       +E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2014 01:33:44      Nelnet Loans,    PO Box 1649,
                 Denver, CO 80201-1649
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Frank/Gecker LLP
15969642        CFMC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:
```
              Frances Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Michael J Kalkowski    on behalf of Creditor    BAC HOME LOANS SERVICING, LP
               mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert S. Thomas    on behalf of Joint Debtor Deidre  Plavsic rstlaw2000@yahoo.com,
               robert@attorneyrobertthomas.com
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                   Date Rcvd: Oct 31, 2014
                               Form ID: pdf006              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert S. Thomas    on behalf of Debtor Vladislav  Plavsic rstlaw2000@yahoo.com, robert@attorneyrobertthomas.com
        Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                 TOTAL: 6