UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
VLADISLAV PLAVSIC                         §   Case No. 10-35482
DEIDRE PLAVSIC                            §
                                          §
                                          §
       Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 BAC Home Loans Servicing 450 American Street Simi Valley CA 93065 | | | | | |
| | Creditor # : 2 CFMC | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| Suite 420 701 Poydras Street New Orleans, LA 70139 | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Alexian Brothers Medical Cente 3040 Salt Creek Lane Arlington Height IL 60005 | | | | | |
| | Creditor # :10 Medical Center Anesthesia 2413 W. Algonquin Rd. Algonquin IL 60102 | | | | | |
| | Creditor # :11 Melica Plavsic 915 N. York Rd. Elmhurst IL 60126 | | | | | |
| | Creditor # :12 Nelnet Loans PO Box 1649 Denver CO 80201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :13 Nelnet Loans Po Box 1649 Denver CO 80201 | | | | | |
| | Creditor # :14 Northwest Oncology & Hematolog 3701 Algonquin Rd. Rolling Meadows IL 60008 | | | | | |
| | Creditor # :15 NWHC Hoffman Estates Office 2360 Hassell Road Ste. F Hoffman Estates IL 60169 | | | | | |
| | Creditor # :16 Rebecca Peterson 10N618 Manchester Lane Elgin IL 60124 | | | | | |
| | Creditor # :17 Sherman Hospital 934 Center Street Elgin IL 60120 | | | | | |
| | Creditor # :18 St. Alexius Medical Center 3040 Salt Creek Lane Arlington Height IL 60005 | | | | | |
| | Creditor # :19 St. Alexius Medical Center Neopath, S.C. 3040 Salt Creek Lane Arlington Height IL 60005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Alexian Brothers Medical Group PO Box 843147 Boston MA 02284 | | | | | |
| | Creditor # :3 Arlington Ridge Pathology, S.C 520 E. 22nd Street Lombard IL 60148 | | | | | |
| | Creditor # :4 Certified Services Inc 1733 Washington Street Suite 2 Waukegan IL 60085 | | | | | |
| | Creditor # :5 Chase P.O. Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :6 Collection Service Center 1312A Pleasant Valle PO Box 68 Altoona PA 16603 | | | | | |
| | Creditor # :7 Dolores Snelson 1785 Devonshire Court Elgin IL 60123 | | | | | |
| | Creditor # :8 Fifth Third Bank Fifth Third Center Cincinnati OH 45263 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :9 Integrity Physical Therapy PO Box 822411 Philadelphia PA 19182 | | | | | |
| 2 | FIFTH THIRD BANK | | | | | |
| 1 | NELNET | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-35482 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | VLADISLAV PLAVSIC | | | | Date Filed (f) or Converted (c): | 08/09/2010 (f) |
| | DEIDRE PLAVSIC | | | | 341(a) Meeting Date: | 10/07/2010 |
| For Period Ending: | 03/03/2015 | | | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 116 Cheviot Drive, Bartlett, IL | 325,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account Location: In debtor's possession | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Household goods/furnishings Location: In debtor's | 750.00 | 0.00 | | 0.00 | FA |
| 4. DVD's & CD's Location: In debtor's possession | 200.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel Location: In debtor's possession | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2 Pistols Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Moto Guzzi Location: In debtor's possession | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Kia Sedona Location: In debtor's possession | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. INHERITANCE (u) | 0.00 | 10,000.00 | | 5,963.33 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $333,550.00        $10,000.00        $5,963.33        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 10/01/2011        Current Projected Date of Final Report (TFR): 10/31/2014

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35482 | Trustee Name: | Frances Gecker |
| Case Name: | VLADISLAV PLAVSIC | Bank Name: | The Bank of New York Mellon |
| | DEIDRE PLAVSIC | Account Number/CD#: | XXXXXX7358 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX9661 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | 9 | ESTATE OF MILICA PLAVSIC | INHERITANCE | 1290-000 | $5,963.33 | | $5,963.33 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $5.38 | $5,957.95 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $4.57 | $5,953.38 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $5.43 | $5,947.95 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,937.95 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,927.95 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,917.95 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,907.95 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $8.51 | $5,899.44 |
| 12/03/14 | 10002 | FRANCES GECKER 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,346.33 | $4,553.11 |
| 12/03/14 | 10003 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,222.50 | $2,330.61 |
| 12/03/14 | 10004 | NELNET 3015 SOUTH PARKER ROAD SUITE 400 AURORA, CO 80014-2904 | Final distribution to claim 1 representing a payment of 9.30 % per court order. | 7100-000 | | $2,242.68 | $87.93 |
| 12/03/14 | 10005 | FIFTH THIRD BANK 9441 LBJ FREEWAY, SUITE 350 DALLAS, TEXAS 75243 | Final distribution to claim 2 representing a payment of 9.30 % per court order. | 7100-000 | | $87.93 | $0.00 |

|  |  | COLUMN TOTALS |  |  | $5,963.33 | $5,963.33 |  |
|  |  | Page Subtotals: |  |  | $5,963.33 | $5,963.33 |  |

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

Exhibit 9

| | | | |
|---|---|---:|---:|
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $5,963.33 | $5,963.33 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $5,963.33 | $5,963.33 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7358 - GENERAL CHECKING | $5,963.33 | $5,963.33 | $0.00 |
| | $5,963.33 | $5,963.33 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,963.33 |
| Total Gross Receipts: | $5,963.33 |